IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD LYNN MOSKOP,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                              No. 14-502-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 1, 2014 (Doc. 2), Petitioner's Motion is **DENIED** and his claims are **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   s/*Caitlin Fischer*
      **Deputy Clerk**

Dated:   May 1, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.01
15:53:38 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT